No briefs will be filed under Rule 25.

No. 17–0128/AR. U.S. v. Anthony E. Perez. CCA 20160256. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> WHETHER JUDGE JAMES W. HERRING, JUDGE ON THE COURT OF MILITARY COMMISSION REVIEW, WAS STATUTORILY AUTHORIZED TO SIT ON THE ARMY COURT OF CRIMINAL APPEALS, AND EVEN IF HE WAS STATUTORILY AUTHORIZED TO BE ASSIGNED TO THE ARMY COURT OF CRIMINAL APPEALS, WHETHER HIS SERVICE ON BOTH COURTS VIOLATED THE APPOINTMENTS CLAUSE GIVEN HIS NEWLY ATTAINED STATUS AS A SUPERIOR OFFICER.

No briefs will be filed under Rule 25.

No. 17–0003/AR. U.S. v. Christopher B. Hukill. CCA 20140939. Appellant's motion to supplement the joint appendix is granted.

No. 17–0199/AF. U.S. v. Ricky D. Chisum, Jr. CCA S32311. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 13, 2017.

Thursday, January 26, 2017

